| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Collyer, Rosemary M. | 2. Court or Organization District Court - Washington DC | 3. Date of Report 05/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Dist. Ct. Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

7. Chambers or Office Address

E Barrett Prettyman Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. - BRKA - Common Class A | | None | N | T | | | | | |
| 3. - BRKB - Common Class B | | None | M | T | | | | | |
| 4. - Schwab Cash Equivalent Accounts | A | Int./Div. | M | T | | | | | |
| 5. - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | C | Dividend | M | T | | | | | |
| 6. - NSRGY - ETF | B | Dividend | | | Sold | 08/30/17 | L | D | |
| 7. - RHHBY - ETF | B | Dividend | L | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. - Schwab Cash Equivalent Accounts | A | Int./Div. | L | T | | | | | |
| 10. - UST Inflation Index Notes 3.625% TIPS | C | Interest | M | T | | | | | |
| 11. - IWF - ETF | B | Dividend | L | T | | | | | |
| 12. - PEP - Common | B | Dividend | L | T | | | | | |
| 13. - KMI - Common | A | Dividend | K | T | | | | | |
| 14. - WPC - Common | C | Dividend | L | T | | | | | |
| 15. - WPC - Call Option Jan17 70.00 | | None | | | Expired | 01/20/17 | J | A | |
| 16. - VHT - ETF | B | Dividend | M | T | Sold (part) | 09/01/17 | M | D | |
| 17. - PFE - Common | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - DWM - ETF | B | Dividend | L | T | | | | | |
| 19. - TD - Common | B | Dividend | | | Sold | 06/06/17 | L | D | |
| 20. - O - Common | B | Dividend | L | T | | | | | |
| 21. - TD - Call Option Sep17 50.00 | | None | | | Sell Short | 02/13/17 | J | | |
| 22. | | | | | Redeemed | 09/06/17 | J | C | |
| 23. - T - Common | B | Dividend | L | T | Buy | 09/11/17 | L | | |
| 24. - T - Call Option Jan18 37.00 | | None | J | T | Sell Short | 09/11/17 | J | | |
| 25. - SKT - Common | A | Dividend | L | T | Buy | 11/08/17 | K | | |
| 26. - VZ - Common | A | Dividend | L | T | Buy | 09/11/17 | L | | |
| 27. - VZ - Call Option Apr18 49.00 | | None | J | T | Sell Short | 09/13/17 | J | | |
| 28. IRA #2 (H) | | | | | | | | | |
| 29. - Schwab Cash Equivalent Accounts | A | Int./Div. | L | T | | | | | |
| 30. - TSLA - Common | | None | L | T | Sold (part) | 09/15/17 | L | F | |
| 31. - DoubleLine Total Return Bond Fund (DLTNX) | B | Dividend | | | Sold | 08/24/17 | L | A | |
| 32. - HSBC - ADR | A | Dividend | | | Sold | 02/17/17 | K | A | |
| 33. - TCW Total Return Bond Fund (TGMNX) | B | Dividend | M | T | | | | | |
| 34. - TSLA - Call Option Sep17 310.00 | | None | | | Sell Short | 04/04/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 09/15/17 | J | D | |
| 36. | | | | | Closed | 09/15/17 | J | A | |
| 37.  - CSCO - Common | A | Dividend | L | T | Buy | 07/07/17 | L | | |
| 38.  - CSCO - Call Option Jan18 34.00 | | None | J | T | Sell Short | 12/20/17 | J | | |
| 39.  - HTA - Common | A | Dividend | L | T | Buy | 10/24/17 | L | | |
| 40.  - KHC - Common | A | Dividend | K | T | Buy | 10/24/17 | K | | |
| 41.  - KMB - Common | A | Dividend | K | T | Buy | 10/25/17 | K | | |
| 42.  IRA #4 (H) | | | | | | | | | |
| 43.  - Schwab Cash Equivalent Accounts | A | Int./Div. | L | T | | | | | |
| 44.  - RDS/B - ADR | C | Dividend | | | Sold | 11/21/17 | L | A | |
| 45.  - EMD - Closed End Fund | D | Dividend | L | T | | | | | |
| 46.  - JMHLY - ADR | A | Dividend | | | Sold (part) | 10/03/17 | K | D | |
| 47. | | | | | Sold | 10/06/17 | K | D | |
| 48.  - PG - Common | C | Dividend | L | T | | | | | |
| 49.  - SLB - Common | B | Dividend | K | T | | | | | |
| 50.  - CII - Closed End Fund | C | Dividend | L | T | | | | | |
| 51.  - GOOGL - Common | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - GOOGL - Call Option Jan18 900.00 | | None | J | T | Sell Short | 02/10/17 | J | | |
| 53. - XLF - ETF | A | Dividend | K | T | Buy | 10/03/17 | K | | |
| 54. - IBB - ETF | B | Dividend | L | T | Buy | 03/02/17 | K | | |
| 55. | | | | | Buy (add'l) | 04/17/17 | K | | |
| 56. - PFF - ETF | A | Dividend | K | T | Buy | 10/10/17 | K | | |
| 57. IRA #5 (H) | | | | | | | | | |
| 58. - Schwab Cash Equivalent Accounts | A | Int./Div. | J | T | | | | | |
| 59. - GE - Common | B | Dividend | K | T | | | | | |
| 60. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 61. - TYG - Closed End Fund | C | Dividend | | | Sold | 11/22/17 | K | A | |
| 62. - PIMCO Income Fund (PONDX) | C | Dividend | M | T | | | | | |
| 63. - AAPL - Common | A | Dividend | | | Sold | 02/01/17 | L | C | |
| 64. - CSCO - Common | B | Dividend | | | Sold (part) | 01/20/17 | L | C | |
| 65. | | | | | Sold | 02/03/17 | J | A | |
| 66. - CSCO - Call Option Jan17 30.00 | | None | | | Redeemed | 01/20/17 | J | C | |
| 67. - WFC - Common | A | Dividend | | | Sold | 02/03/17 | J | A | |
| 68. - GE - Call Option Sep17 30.00 | | None | | | Sell Short | 02/17/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Expired | 09/15/17 | J | C | |
| 70. - GE - Call Option Sep18 25.00 | | None | J | T | Sell Short | 10/10/17 | J | | |
| 71. - EPD - MLP | A | Dividend | L | T | Buy | 11/27/17 | L | | |
| 72. - PAGP - Common Class A | C | Dividend | K | T | Buy | 03/10/17 | L | | |
| 73. - TEVA - ADR | A | Dividend | L | T | Buy | 12/22/17 | L | | |
| 74. - SSEZY - ADR | C | Dividend | L | T | Buy | 04/18/17 | L | | |
| 75. - SKT - Common | B | Dividend | K | T | Buy | 05/05/17 | L | | |
| 76. - LTC - Common | C | Dividend | | | Buy | 02/03/17 | L | | |
| 77. | | | | | Sold (part) | 07/03/17 | L | D | |
| 78. | | | | | Sold | 08/08/17 | J | A | |
| 79. - WPC - Common | C | Dividend | | | Buy | 07/05/17 | L | | |
| 80. | | | | | Sold | 11/27/17 | L | D | |
| 81. Merrill Lynch Cash Management Account | A | Int./Div. | K | T | | | | | See Part VIII (d) |
| 82. Citibank Checking Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: - Line 1 refers to a trust that is unfunded and has no assets. Lines 2 and 3 refer to trusts established on 12/28/12. These trusts, documented in Part VII prior to 2014, are no longer shown in Part VII in accordance with revised filing instructions.

PART VII:

(a) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks); MLP refers to Master Limited Partnerships (partnerships that are traded publicly on an exchange).

(b) Put options sold short and later redeemed (i.e. exercised by owner) are shown as having zero gain because the amount received for the short sale is subtracted from the basis for the underlying security that was purchased and is therefore reflected in the gain/loss incurred when that security is ultimately sold.

(c) Lines 4, 9, 29 and 43 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Municipal Money Fund Value Advantage; Schwab Money Fund Value Advantage, Schwab One Cash Account, Charles Schwab Bank Deposit Accounts, and/or Schwab Cash Reserves. They are aggregated here per the Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required.

(d) Line 81 refers to an aggregated cash equivalent account at Merrill Lynch that pays both dividends (for Merrill Lynch CMA Money Fund) and interest (for Merrill Lynch Bank Deposit Program). This is not a brokerage account, and no individual stocks, bonds or other assets are held.

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 05/07/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rosemary M. Collyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544